Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

15 1 6124 ********************AUTO**5-DIGIT 19127
Denise Peel
3425 Mercer St
Philadelphia, PA 19134-5307

Lizzy Adell
608 237 1775

September 18, 2023

Dear Denise Peel:

Nuance Communications, Inc. ("Nuance" or "we") provides software solutions to your healthcare provider, *Temple University Health System, Inc.* We place high value on maintaining the privacy and security of the information we maintain for our customers. This letter is to inform you that a third-party vendor we used was recently the victim of a security incident, which impacted some of your personal information. This letter explains the third-party incident, the measures we have taken in response and the steps you can take.

**What Happened?** We use software made by a third-party company named Progress Software Corporation ("Progress Software") called MOVEit Transfer, which is widely used by organizations to securely transfer files. On May 31, 2023, Progress Software told us about a previously unknown vulnerability in their software that allowed an unauthorized third party to take information from the MOVEit Transfer software. Upon being told about Progress Software's incident, we immediately took steps to secure our systems and launched an investigation. Our analysis of the MOVEit Transfer environment found that the unauthorized third party took data between May 28 and May 29, 2023. On July 11, 2023, Nuance confirmed as part of our investigation that, unfortunately, some of your personal information was affected by the Progress Software incident. After gathering all relevant information, we told Temple University Health System about this incident on August 1, 2023.

**What Information Was Involved?** The personal information involved included your date of birth, medical record number, and gender, as well as information about radiology studies you received, including the practitioner's name, healthcare facility name, date of service(s) provided, description of service(s) provided, and the study report. It may have included your name, health plan subscriber identification number, email address, phone number, relative's name, or power of attorney's name. Importantly, it did **not** involve or include your medical record or radiology images, Social Security number, or any of your financial information.

**What Are We Doing?** Data privacy and security are among our highest priorities, and we have extensive measures in place to protect information entrusted to us. Upon discovering that Progress Software was experiencing a security incident, we immediately took steps to secure the servers running the MOVEit Transfer application and worked with cybersecurity experts and legal counsel to conduct a comprehensive investigation of the incident and notify affected customers. We also notified law enforcement authorities.

**What Can You Do?** We encourage you to remain vigilant against incidents of identity theft and fraud, to review your account statements, and to monitor your free credit reports for suspicious activity and to detect errors. Enclosed with this letter are some steps you can take to protect your information.

**For More Information.** Your privacy is of utmost importance to us, and we deeply regret that you were impacted by Progress Software's security incident and any concern it may cause you. If you have questions, please call our dedicated, toll-free call center 888-988-0380, Monday through Friday between 8:00 a.m. and 8:00 p.m. Central Time, excluding major U.S. holidays.

Sincerely,

Umar Waheed
Chief Information Security Officer
Nuance Communications, Inc.

Group Code: **Y8A6**

**You may contact the Federal Trade Commission (FTC) and State Attorneys General Offices.** If you believe you are the victim of identity theft or have reason to believe your personal information has been misused, you should contact the FTC and/or your state's attorney general office about for information on how to prevent or avoid identity theft. You can contact the FTC at: **Federal Trade Commission**, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20508, www.ftc.gov, 1-877-IDTHEFT (438-4338).

**If you are a Connecticut resident**, you may contact and obtain information from your state attorney general at: Connecticut Attorney General's Office, 165 Capitol Ave, Hartford, CT 06106, 1-860-808-5318, www.ct.gov/ag.

**If you are a District of Columbia resident**, you may contact and obtain information from your attorney general at: Office of the Attorney General for the District of Columbia, 441 4th Street, NW, Washington, DC 20001, 1-202-727- 3400, www.oag.dc.gov.

**If you are an Iowa resident**, state law advises you to report any suspected identity theft to law enforcement or to the Iowa Attorney General, Consumer Protection Division, 1305 E. Walnut St., Des Moines, IA 50319, 1-888-777-4590.

**If you are a Kentucky resident**, you can obtain information about steps you may take to avoid identity theft from following sources: the FTC (see contact information above), the major consumer credit reporting agencies (see contact information above), and the Office of the Kentucky Attorney General: 700 Capital Avenue, Suite 118, Frankfort, KY 40601-3449, www.ag.ky.gov, 1-888- 432-9257.

**If you are a Maryland resident,** you can contact the Maryland Office of the Attorney General, Consumer Protection Division at: 200 St. Paul Place, Baltimore, MD 21202, www.marylandattorneygeneral.gov, 1-888-743-0023.

**If you are a Massachusetts resident**, under Massachusetts law, you have the right to obtain any police report filed in regard to this incident. You also have the right to request a security freeze, as described above. You may contact and obtain information from your state attorney general at: Office of the Massachusetts Attorney General, One Ashburton Place, Boston, MA 02108, 1-617-727-8400, www.mass.gov/contact-the-attorney-generals-office.

**If you are a New Mexico resident**, you have certain rights pursuant to the federal Fair Credit Reporting Act (FCRA). For more information about the FCRA, please visit www.ftc.gov/legal-library/browse/statutes/fair-credit-reporting-act or www.ftc.gov.

**If you are a New York resident,** you can contact the New York Office of the Attorney General at www.ag.ny.gov, 1-800-771-7755; the New York Department of State, www.dos.ny.gov, 1-800-697-1220; and the New York Division of State Police, www.ny.gov/agencies/division-state-police, (914) 834-9111.

**If you are a North Carolina resident,** you can contact the North Carolina Office of the Attorney General, Consumer Protection Division at: 9001 Mail Service Center, Raleigh, NC 27699-9001, https://ncdoj.gov, 1-877-566-7226.

**If you are an Oregon resident**, state law advises you to report any suspected identity theft to law enforcement or to the FTC.

**f you are a Rhode Island resident**, you have the right to obtain a police report. You also have the right to request a ecurity freeze, as described above. You can also contact the Office of the Attorney General at: Rhode Island Office of the ttorney General, 150 South Main Street, Providence, RI 02903, http://www.riag.ri.gov, (401) 274-4400 or file a police port by contacting (401) 444-1000.

**you are a West Virginia resident**, you have the right to ask that nationwide consumer reporting agencies place "fraud rts" in your file to let potential creditors and others know that you may be a victim of identity theft, as described above. u also have a right to place a security freeze on your credit report, as described above.

## GENERAL INFORMATION ABOUT IDENTITY THEFT PROTECTION

You should remain vigilant for incidents of fraud and identity theft by reviewing credit card account statements and monitoring your credit report for unauthorized activity.

**Credit Reports.** Under federal law, you are entitled to one free copy of your credit report every 12 months from each of the three nationwide credit reporting agencies. You may obtain a free copy of your credit report by going to www.AnnualCreditReport.com or by calling (877) 322-8228. You also may complete the Annual Credit Report Request Form available from the FTC at www.consumer.ftc.gov/articles/pdf-0093-annual-report-request-form.pdf, and mail it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281.

**You may contact the nationwide credit reporting agencies at:**

| Equifax | Experian | TransUnion |
|---|---|---|
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 2000 |
| Atlanta, GA 30348 | Allen, TX 75013 | [illegible] |
| [illegible] | www.experian.com | www.transunion.com |
| [illegible] | (888) 397-3742 | (800) 916-8800 |

**Fraud Alert.** You may place a fraud alert in your file by calling one of the three nationwide credit reporting agencies above. A fraud alert tells creditors to follow certain procedures, including contacting you before they open any new accounts or change your existing accounts. For that reason, placing a fraud alert can protect you, but also may delay you when you seek to obtain credit.

**Credit Freezes (for Non-Massachusetts Residents):** You may have the right to put a credit freeze, also known as a security freeze, on your credit file, so that no new credit can be opened in your name without the use of a PIN number that is issued to you when you initiate a freeze. A credit freeze is designed to prevent potential credit grantors from accessing your credit report without your consent. If you place a credit freeze, potential creditors and other third parties will not be able to get access to your credit report unless you temporarily lift the freeze. Therefore, using a credit freeze may delay your ability to obtain credit. *Unlike a fraud alert, you must separately place a credit freeze on your credit file at each credit reporting company.* Since the instructions for how to establish a credit freeze differ from state to state, please contact the three major credit reporting companies as indicated above.

You can obtain more information about fraud alerts and credit freezes by contacting the FTC or one of the national credit reporting agencies listed above.

**Credit Freezes (for Massachusetts Residents):** Massachusetts law gives you the right to place a security freeze on your consumer reports. A security freeze is designed to prevent credit, loans and services from being approved in your name without your consent. Using a security freeze, however, may delay your ability to obtain credit. You may request that a freeze be placed on your credit report by sending a request to a credit reporting agency by certified mail, overnight mail or regular stamped mail to the respective address indicated above.

*Unlike a fraud alert, you must separately place a credit freeze on your credit file at each credit reporting company.* The following information should be included when requesting a security freeze (documentation for you and your spouse must be submitted when freezing a spouse's credit report): full name, with middle initial and any suffixes; Social Security number; date of birth (month, day and year); current address and previous addresses for the past five (5) years; and applicable fee (if any) or incident report or complaint with a law enforcement agency or the Department of Motor Vehicles. The request should also include a copy of a government-issued identification card, such as a driver's license, state or military ID card, and a copy of a utility bill, bank or insurance statement. Each copy should be legible, display your name and current mailing address, and the date of issue (statement dates must be recent). Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report.