UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>1:23-cv-12478<br>1:23-cv-12281<br>1:23-cv-12561<br>1:23-cv-13079<br>1:24-cv-11523<br>1:23-cv-12226<br>1:23-cv-12273 | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
AN OVERLENGTH MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL**

Pursuant to LR 7.1(b)(4), Plaintiffs[1] request leave to file a 28-page memorandum in support of their Motion for Preliminary Approval, 8 pages in excess of the 20 pages permitted by the Court's Local Rules. Plaintiffs' memorandum in support of their Motion for Preliminary Approval discusses the claims, litigation history, and outlines the key terms of the proposed Class Action Settlement Agreement with Defendant Nuance Communications, Inc. The brief also presents legal authorities and arguments as to why the proposed settlement warrants preliminary approval as fair, reasonable, and adequate. Additional pages are needed to cover all of these topics to make the showing supporting preliminary approval of the proposed settlement.

---

[1] Plaintiffs are Denise Peel, Kristen Eyester, Juan Salas, Patricia Callahan, Kayla Farrar, and Justin Okeke ("Plaintiffs").

- 1 -

Accordingly, Plaintiffs request leave of this Court to file a memorandum of up to 28 pages (excluding the signature block).

Dated: July 30, 2025

Respectfully submitted,

By: */s/ Kristen A. Johnson*
    Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Fl.
Boston, MA 02109
Tel:  (617) 482-3700
Fax:  (617) 482-3003
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel*

By: */s/ E. Michelle Drake*
    E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler St., NE, Ste. 205
Minneapolis, MN 55413
Tel:  (612) 594-5933
Fax:  (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
    Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Ave., 5th Fl.
Pittsburgh, PA 15222
Tel:  (412) 322-9243
Fax:  (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
    Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 8th Fl.
Washington, DC  20005
Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com

- 3 -

    By: */s/ Karen H. Riebel*
     Karen H. Riebel
    LOCKRIDGE GRINDAL NAUEN PLLP
    100 Washington Ave. S., Ste. 2200
    Minneapolis, MN  55401
    Tel:  (612) 339-6900
    Fax:  (612) 612-339-0981
    khriebel@locklaw.com

    By: */s/ Charles E. Schaffer*
     Charles E. Schaffer
    LEVIN SEDRAN & BERMAN LLP
    510 Walnut Street, Ste. 500
    Philadelphia, PA  19106
    Tel:  (215) 592-1500
    Fax:  (215) 592-4663
    cshaffer@lfsblaw.com

    *Lead Counsel for Plaintiffs*

- 4 -

## LOCAL RULE 7.1 CERTIFICATION

I, Gary F. Lynch, pursuant to Local Rule 7.1(a)(2), hereby certify that counsel for Plaintiffs has conferred in good faith with counsel for Defendant Nuance Communications, Inc., and Defendant does not oppose this Motion.

*/s/ Gary F. Lynch*
Gary F. Lynch

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: July 30, 2025                    */s/ Kristen A. Johnson*
                                        Kristen A. Johnson (BBO# 667261)