UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>1:23-cv-12478<br>1:23-cv-12281<br>1:23-cv-12561<br>1:23-cv-13079<br>1:24-cv-11523<br>1:23-cv-12226<br>1:23-cv-12273 | |

### [PROPOSED] ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion for Leave to File an Overlength Memorandum in Support of Plaintiffs' Motion for Preliminary Approval. The Court has considered Plaintiffs' Motion, and it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion is **GRANTED**. Plaintiffs' Counsel shall file their memorandum in support of Plaintiffs' Motion for Preliminary Approval of 28 pages (excluding the signature block).

**IT IS SO ORDERED**

DATED this _____ day of _____, 2025

_____
ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE

-2-

## CERTIFICATE OF SERVICE

     I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: July 30, 2025                */s/ Kristen A. Johnson*
                                                    Kristen A. Johnson (BBO# 667261)